**JUDGMENT IN A CIVIL CASE**

CONNIE M. HUDSON,

    Plaintiff,

    **V.**                                       Case No. 04-5130-CV-SW-JTM

JO ANNE B. BARNHART,

    Defendant.

■     **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered. Order filed on July 27, 2005.

    **IT IS ORDERED**

    that the defendant's motion to reverse and remand, filed July 6, 2005 (Doc. #11) is granted. Accordingly, this matter is Reversed and Remanded pursuant to sentence four of section 205(g), 42 U.S.C. Section 405(g).

    **IT IS FURTHER ORDERED**

    that defendant's motion for enlargement of time (Doc. #10) is denied as moot.

                                                    P. L. BRUNE
                                                  CLERK OF COURT

                                                  /s/ B. J. Rowland
                                                  (By) Deputy Clerk